DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**DANIEL TULLOCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1733

[August 13, 2014]

Appeal from order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 03-8695CF10A.

Daniel Tulloch, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court's summary denial of appellant's amended claim seven following our remand in *Tulloch v. State*, 86 So. 3d 1155 (Fla. 4th DCA 2012). The deposition transcripts conclusively refute appellant's claim. Appellant has attempted to raise additional claims which exceed the scope of our remand. These claims are procedurally barred and were properly denied.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***